IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 98-cv-00381-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

LORI A. KIER,

       Defendant,

        and

FORT LUPTON SCHOOL DISTRICT RE-8,

       Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

THIS MATTER comes before the Court on the Plaintiff's Accounting and Motion to Dismiss Writ of Garnishment (filed February 6, 2006).  The Court, having reviewed the motion and being fully advised in the premises, hereby

**ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is **GRANTED**, and the Writ of Garnishment served on Fort Lupton School District RE-8 is **DISMISSED**.

Dated:  February 8, 2006

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge